# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE M. DECOULOS,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUNO LIONEL SCHROEDER, SUZANNE MALTZAHN, ASSOCIATED NEWSPAPERS, LTD., SOLO SYNDICATION, LTD., PROQUEST, LLC, THE SCOTSMAN PUBLICATIONS, LTD., CENGAGE LEARNING, INC., THE GALE GROUP, INC., AND HIGHBEAM RESEARCH, INC.,<br><br>    Defendants. | Civil No. 1:11-CV-10972-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as counsel for the Defendants Associated Newspapers, Ltd., Solo Syndication, Ltd., ProQuest, LLC, and The Scotsman Publications, Ltd. for the purpose of filing a response to the Complaint in the above-captioned matter.

                              /s/ Stefanie Giuliano Abhar
                              Stefanie Giuliano Abhar, Esq. (BBO # 675713)
                              MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                 AND POPEO, P.C.
                              One Financial Center
                              Boston, MA 02111
                              (617) 542-6000 (telephone)
                              (617) 542-2241 (facsimile)
                              sgabhar@mintz.com

December 20, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2012 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

      /s/ Stefanie Giuliano Abhar
      Stefanie Giuliano Abhar

8157665v.1