UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE M. DECOULOS,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUNO LIONEL SCHROEDER, SUZANNE MALTZAHN, ASSOCIATED NEWSPAPERS, LTD., SOLO SYNDICATION, LTD., PROQUEST, LLC, THE SCOTSMAN PUBLICATIONS, LTD., CENGAGE LEARNING, INC., THE GALE GROUP, INC., AND HIGHBEAM RESEARCH, INC.,<br><br>    Defendants. | Civil No. 1:11-CV-10972-DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Geri L. Haight as counsel for Defendants Associated Newspapers, Ltd., Solo Syndication, Ltd., ProQuest, LLC and The Scotsman Publications, Ltd.   Attorneys Meredith M. Leary and Stefanie Giuliano Abhar of the same firm remain as counsel for the Defendants.

/s/ Geri L. Haight<br>
Geri L. Haight BBO# 638185<br>
MINTZ, LEVIN, COHN, FERRIS,<br>
  GLOVSKY AND POPEO, P.C.<br>
One Financial Center<br>
Boston, MA  02111<br>
617-542-6000<br>
glhaight@mintz.com

January 11, 2013

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2013 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                                /s/ Geri L. Haight
                                                Geri L. Haight

10131600v.1