UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ELAINE M. DECOULOS                )
                                  )
          Plaintiff,              )    CIVIL ACTION NO.
                                  )    11-10972-DPW
v.                                )
                                  )
BRUNO L. SCHRODER, ET AL          )
                                  )
          Defendants.             )


### ORDER OF DISMISSAL

WOODLOCK, District Judge

        In accordance with this Court's Memorandum and Order dated
March 26, 2013, granting the motions to dismiss of the Schroeder
defendants (#29), of defendants ANL and SSL (#39); of defendant
Scotsman (#49); of defendant ProQuest (#53) and the Cengage
defendants (#83), it is hereby ORDERED that the above-entitled
action be, and it hereby is, DISMISSED in its entirety.


                              BY THE COURT,

                              /s/ Jarrett Lovett
                              Deputy Clerk

    DATED: March 26, 2013